1  MARTIN A. ELIOPULOS (Bar No. 149299)
   elio@higgslaw.com
2  **HIGGS FLETCHER & MACK LLP**
   401 West A Street, Suite 2600
3  San Diego, CA 92101-7910
   Telephone: (619) 236-1551
4  Facsimile: (619) 696-1410

5  [Proposed] Attorneys for Debtors and
   Debtors-in-Possession
6  BARBARA NILSON and
   HENRY NILSON

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10 In re                              Case No. 23-03619-CL11

11 BARBARA L. NILSON and              Chapter 11
   HENRY A. NILSON,
12                                     RS No.: MAE-001
                   Debtors and
13                 Debtors-in-         **DECLARATION OF JOHN M.**
                   Possession.        **MORRIS, ESQ. IN SUPPORT OF**
14                                     **MOTION FOR RELIEF FROM THE**
                                       **AUTOMATIC STAY – ACTION IN**
15 BARBARA L. NILSON and              **NONBANKRUPTCY FORUM**
   HENRY A. NILSON,                   **[APPEAL CASE NO.: D081715]**
16
                   Movants,          **HEARING:**
17                                    Date:      TBD
   v.                                Time:      TBD
18                                   Dept.:     5, Rm 318
   RYAN ROTHFLEISCH, AND             Judge:     Hon. Christopher B. Latham
19 TIFFANY CARROLL, ASSISTANT
   UNITED STATES TRUSTEE,
20
                   Respondents.

21

22         I, JOHN M. MORRIS, declare as follows:

23         1.    I am, and at all relevant times herein mentioned have been, an attorney

24 duly licensed to practice law in the State of California in all state and federal courts.

25 I am a partner at the law firm of HIGGS FLETCHER & MACK LLP ("HF&M"),

26 proposed attorneys for Debtors and Debtors-in-Possession, BARBARA L. NILSON

27 and HENRY A. NILSON ("Debtors") and proposed special appellate counsel in the

28 pending matters identified herein.

2.    I make this declaration based upon my own personal knowledge and if called upon as a witness I could, and would, testify competently to the contents of this declaration.

3.    I am an experienced appellate attorney and have been practicing exclusively in the area of civil writs and appeal continuously since about 1984, three years after I began practice at Higgs Fletcher & Mack in 1981. I have handled hundreds of appeals as lead appellate counsel in state courts throughout California, and have handled dozens of appeal as lead appellate counsel in the Ninth Circuit Court of Appeals. I am the head of the Appellate Department at Higgs Fletcher & Mack and am an active member of the San Diego Appellate Inn of Court.

4.    The specific nonbankruptcy action for which Movants seek relief from stay is identified in the Summary of Litigation Chart attached to the Motion as **Exhibit A** and is identified as:

| CASE TITLE CASE NO.: | NATURE OF CASE | COURT/ AGENCY | STATUS OF CASE | UPCOMING DEADLINES/ HEARINGS |
|---|---|---|---|---|
| Nilson v. Rothfleisch APPEAL NO. D081715 | Appeal of Phase 1 Statement of Decision | 4th Appellate District Division 1 | Filed 9/28/2023. This appeal is pending. The record has been completed, but there is also pending in the Ninth Circuit a motion to *consolidate* this appeal with the "second" appeal (on the elder abuse issues). | Pending Motion to Consolidate filed 11/17/2023 |

5.    In the above-described nonbankruptcy action, the parties are identified in the Summary of Litigation; Relief from Stay "Cause" Chart attached to the Motion as **Exhibit B**.

/ / /

DECLARATION OF JOHN M. MORRIS ISO MOTION FOR
RELIEF FROM STAY [ACTION IN NON-BANKRUPTCY FORUM]

6.      Debtors' filed their voluntary Chapter 11 case so as to avoid a dismantling of their Chapter 11 Estate while appealing the adverse rulings and that the same time establishing the liability of the other co-conspirators as a source of funding a plan of reorganization and/or reimbursement post-confirmation.

7.      As a result, in order for Debtors to successfully reorganize in Chapter 11, it is of vital importance for Debtors to continue with the Appeal of the Phase 1 Statement of Decision because the appeal will determine whether Ryan established at trial, by clear and convincing evidence, that Henry and Barbara used undue influence to coerce Louise to sign the Sixth Amendment to the Trust. *See* **Exhibit B**.

8.      Moreover, success on the appeal would mean that Ryan failed to prove, by clear and convincing evidence, that Henry and Barbara used undue influence to coerce Louise to sign the Sixth Amendment to the Trust which would invalidate the finding of financial elder abuse and necessarily require vacating the judgment arising out of the Phase Two Statement of Decision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2nd day of January 2024, at San Diego, California.

_____
JOHN M. MORRIS

DECLARATION OF JOHN M. MORRIS ISO MOTION FOR
RELIEF FROM STAY [ACTION IN NON-BANKRUPTCY FORUM]