CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

MARTIN A. ELIOPULOS (Bar No. 149299)
elio@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7910
Telephone:    (619) 236-1551
Facsimile:    (619) 696-1410

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>BARBARA L. NILSON and<br>HENRY A. NILSON,<br><br>Debtor(s) | BANKRUPTCY NO. 23-03619-CL11 |
|---|---|
| Plaintiff(s) | ADVERSARY NO. |
| v.<br><br>Defendant(s) | |

# PROOF OF SERVICE

I, __Marie Begay__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __01/03/2024__, I served the following documents:
• MOTION FOR RELIEF FROM THE AUTOMATIC STAY - ACTION IN NONBANKRUPTCY FORUM [APPEAL CASE NO.: D081715];
• DECLARATION OF DEBTORS IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY - ACTION IN NONBANKRUPTCY FORUM [APPEAL CASE NO.: D081715]; AND
• DECLARATION OF JOHN M. MORRIS, ESQ. IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY - ACTION IN NONBANKRUPTCY FORUM [APPEAL CASE NO.: D081715]

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __12/29/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
• Martin A. Eliopulos    elio@higgslaw.com; begaym@higgslaw.com
• Miles D. Grant    miles@grantlawyers.com
• Elvina Rofael    elvina.rofael@usdoj.gov; Tiffany.L.Carroll@usdoj.gov; USTP.Region15@usdoj.gov
• Robert C. Wright    rwright@wlelaw.com
• Phillip Zunshine    phillip@grantandkessler.com

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   01/03/2024                        MARIE BEGAY   /s/ Marie Begay
              (Date)                             (Typed Name and Signature)

                                                 401 West A Street, Suite 2600
                                                 (Address)

                                                 San Diego, CA 92101
                                                 (City, State, ZIP Code)